#128732
✓#676760

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION



IN RE: \*  CASE # 05-34109 W
              CHAPTER 13
        \*
Coleman, Christopher & Susan Kay
Debtor  \*

### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. The Trustee voided <u>returned</u> disbursement checks – creditor states that they are unable to identify an account.

2. Trustee mailed a letter attempting to resolve this issue but there was no response from the creditor. The balance of funds for the creditor in the amount of **$100.74** is sufficient to pay the claim on the percentages the creditor would have received under the plan. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 639358 | AFNI/Verizon<br>404 Brock Drive<br>Bloomington, IL  61701 | 21.42 | 2/26/10 |
| 648677 | AFNI/Verizon<br>Same as Above | 32.14 | 3/31/10 |
| 658624 | AFNI/Verizon<br>Same as Above | 42.84 | 4/30/10 |
| ---- | AFNI/Verizon<br>Same as Above | 4.34 | Balance |

3. Your trustee's check # 676760 in the amount of $100.74 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10

John P. Gustafson
Trustee in Bankruptcy